# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **DANIEL WRIGHT and** | * |
| **BENJAMIN ARRINGTON,** | * |
| | * |
| **Plaintiffs** | * |
| | *   CA File No.: 4:13-CV-43-CDL |
| v. | * |
| | * |
| **S. ELECTRICAL CONTRACTORS, INC.,** | * |
| | * |
| | * |
| **Defendant** | * |

## STIPULATION OF DISMISSAL

**COMES NOW**, **DANIEL WRIGHT**, Plaintiff herein, and, **S. ELECTRICAL CONTRACTORS, INC.**, Defendant herein, by and through counsel-of-record, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and file this **STIPULATION OF DISMISSAL**, and further shows as follows:

1. Plaintiff Daniel Wright and Defendant hereby stipulate to dismissal of this action. This Stipulation of Dismissal is specifically **without** prejudice.

Respectfully submitted this 6th day of August 2014 and agreed to by:

| | |
|---|---|
| /s/ Richard M. Kemmer, III | /s/Ted D. Morgan |
| Richard M. Kemmer, III | Ted D. Morgan |
| Georgia Bar No. 519905 | Georgia Bar No. |
| | |
| Kemmer Law, P.C. | Ted D. Morgan, P.C. |
| 1214 First Avenue, Suite 204 | P.O. Box 2582 |
| Columbus, Georgia 31901 | Columbus, GA 31902-2582 |
| (706) 322-2212 | (706) 317-5733 |
| Attorney for Plaintiff | Attorney for Defendant |